**No. 55746.**—C. J. Tower & Sons *v.* United States, protests 132839–K, etc. (Buffalo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of lecithin similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiff was sustained.